**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7022**

LAMONT HENDERSON,

              Petitioner – Appellant,

       v.

JOHN R. OWEN, Warden,

              Respondent – Appellee.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.   Henry M. Herlong, Jr., Senior
District Judge.   (3:08-cv-03220-HMH)

Submitted:  September 29, 2009      Decided:  October 8, 2009

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lamont Henderson, Appellant Pro Se.   Beth Drake, Assistant
United States Attorney, Columbia, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Henderson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C. § 2241 (2006) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Henderson v. Owen, No. 3:08-cv-03220-HMH (D.S.C. filed May 1, 2009; entered May 4, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2